# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEAH MARIE GOGGLES, and PETE ISAAC SMITH<br><br>Defendants. | CR-19-50-GF-BMM<br><br>ORDER |

For the reasons stated in open court on October 10, 2019,

IT IS ORDERED that Defendants Leah Marie Goggles and Pete Isaac Smith (collectively "Defendants")'s motion to exclude (Doc. 48) is DENIED.

IT IS ORDERED that Defendants' motion to compel (Doc. 44) is DENIED as MOOT in light of the Government's disclosures delivered to Defendants at the end of the October 10, 2019 hearing.

1

DATED this 10th day of October, 2019.

_____
Brian Morris
United States District Court Judge