# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEAH MARIE GOGGLES, and<br>PETER ISAAC SMITH, III,<br><br>Defendant. | CR 19-50-GF-BMM<br><br>ORDER |

Upon unopposed motion of the United States, and for good cause being shown therefore, it is hereby ordered that the United States motion to dismiss the indictment without prejudice is GRANTED.

The indictment is DISMISSED WITHOUT PREJUDICE. All further proceedings shall be terminated.

DATED this __18th__ day of October, 2019.

Brian Morris
United States District Judge

1